The Chase National Bank of the City of New York v. Everett B. Sweezy

---

* Affd., 260 N. Y. 692.

and Others, Impleaded with NATHANIEL F. GLIDDEN and Others.— Motion granted, but upon conditions that record and appellants' points shall be served and filed on or before August 1, 1932, with notice of argument for September 27, 1932, and that respondents may sell meanwhile upon giving five days' notice to appellants. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.